■ In the Matter of TIMOTHY M., JR., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TIMO-THY M., SR., Appellant. (Appeal No. 1.) [720 NYS2d 879] —Appeal unanimously dismissed without costs (see, *Matter of Lisa E.* [appeal No. 1], 207 AD2d 983). (Appeal from Order of Oneida County Family Court, Cook, J.—Abuse.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of TIMOTHY M., JR., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Petitioner-

Respondent; TIMOTHY M., SR., Respondent-Appellant. (Appeal No. 2.) [720 NYS2d 879] —Appeal from amended order insofar as it concerns disposition unanimously dismissed (*see, Matter of Cherilyn P.*, 192 AD2d 1084, *lv denied* 82 NY2d 652) and amended order affirmed without costs. Memorandum: We reject the contention of respondent that his due process rights were violated when Family Court refused to order disclosure of unfounded reports of child abuse from 1993 and 1994 (*see,* Social Services Law § 422 [former (5)]; *K. v K.*, 126 Misc 2d 624, 626-627). In addition, the court properly refused to permit a caseworker to testify concerning a 1993 investigation that resulted in an unfounded report "inasmuch as that would constitute an impermissible circumvention of the express purpose of [Social Services Law § 422 (former [5])]" (*K. v K., supra,* at 627). (Appeal from Amended Order of Oneida County Family Court, Cook, J.—Abuse.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.